NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMUEL NORWOOD,  )
　　　　　　　　　　　　　　　　)
　　　　　　Appellant,  )
　　　　　　　　　　　　　　　　)
v.  )　　　　　Case No. 2D17-4025
　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,  )
　　　　　　　　　　　　　　　　)
　　　　　　Appellee.  )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

PER CURIAM.

　　　　　　Affirmed.  See §§ 775.082(3)(b), 812.133(2)(b), Fla. Stat. (2005); England v. State, 940 So. 2d 389 (Fla. 2006); Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Dorsett v. State, 166 So. 3d 898 (Fla. 4th DCA 2015); Shivers v. State, 96 So. 3d 1039 (Fla. 4th DCA 2012); Williams v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005); Atwater v. State, 781 So. 2d 1149 (Fla. 5th DCA 2001); Robinson v. State, 642 So. 2d 644 (Fla. 4th DCA 1994).

NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.